Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
　　　　lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants Ramparts, LLC*
*dba Luxor Hotel & Casino, New Castle Corp.*
*dba Excalibur Hotel & Casino, Circus Circus Casino Inc.*
*dba Circus Circus Hotel & Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01536-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Trustees Of The Nevada Resort Association—International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Pension Trust; Trustees Of The Nevada Resort 'Association International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Wage Disability Trust; And Trustees Of The Nevada Resort Association—International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Apprentice And Journeyman Training And Education Trust ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino, Circus Circus Casino Inc. dba Circus Circus Hotel & Casino, ("Defendants"), through their counsel Jackson Lewis P.C., that Defendants shall have up to and including **Friday, December 20, 2019**, in which to respond to Plaintiffs' Complaint. This Stipulation is submitted and based upon the following:

1. That Defendants' answer or response is currently due on December 5, 2019.

2. That this is the first request for an extension of time for Defendants to respond to Plaintiff's Complaint.

3. That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

4. That this request is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JACKSON LEWIS P.C.
LAS VEGAS

5. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 4th day of December, 2019.

| THE URBAN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Nathan R. Ring*<br>Michael A. Urban<br>Nevada State Bar No. 3875<br>Nathan R. Ring<br>Nevada State Bar No. 12078<br>4270 S. Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103 | */s/ Lynne K. McChrystal*<br>Paul T. Trimmer<br>Nevada State Bar No. 9291<br>Lynne K. McChrystal<br>Nevada State Bar No. 14739<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

United States District Court Judge
United States Magistrate Judge

Dated: December 5, 2019

4816-6838-8014, v. 1