Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants Ramparts, LLC*
*dba Luxor Hotel & Casino, New Castle Corp.*
*dba Excalibur Hotel & Casino, Circus Circus Casino Inc.*
*dba Circus Circus Hotel & Casino*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST, <br><br>Plaintiff, <br><br>vs. <br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation, <br><br>Defendants. | **Case No.: 2:19-cv-01536-RFB-BNW** <br><br>**STIPULATION AND ORDER TO STAY ACTION UNTIL JUNE 11, 2020** <br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort,[2] ("Defendants") through their counsel Jackson Lewis P.C., that this action be stayed in its entirety for 45 days, until June 11, 2020, with this Court's approval.  This Stipulation is submitted and based upon the following:

1. Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process.  Defendants have temporarily ceased all business operations for health and safety reasons, and will continue to do so in accordance with the directive of Governor Steve Sisolak.  During this time, the Defendants will be unable to participate meaningfully in discovery.

2. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety for a period of 45 days, until June 11, 2020.

3. Should circumstances change such that a shorter or a longer stay is appropriate, the parties will immediately and jointly notify the Court.

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

4. On June 11, 2020, the Parties will submit a status report to the Court with proposed revised discovery and scheduling deadlines in the case. Should an additional stay be necessary because of circumstances relating to COVID-19, the Parties will submit a status report explaining the circumstances and any additional time need for stay of this action.

5. This request is made in good faith and not for the purpose of delay.

Dated this 27th day of April, 2020.

| THE URBAN LAW FIRM | JACKSON LEWIS, P.C. |
|---|---|
| */s/ Nathan R. Ring* | */s/ Lynne K. McChrystal* |
| Michael A. Urban, Nevada Bar No. 3875 | Paul T. Trimmer, Esq. |
| Nathan R. Ring, Nevada Bar No. 12078 | Nevada Bar No. 9291 |
| 4270 S. Decatur Blvd., Suite A-9 | Lynne McChrystal, Esq. |
| Las Vegas, NV 89103 | Nevada Bar No. 14739 |
| T: (702) 968-8087 | 300 S. Fourth St, Suite 900 |
| F: (702) 968-8088 | Las Vegas, NV 89101 |
|  | Phone: 702-240-6060 |
| *Counsel for Plaintiff Trust Funds* | *Counsel for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of April, 2020.