Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants Ramparts, LLC
dba Luxor Hotel & Casino, New Castle Corp.
dba Excalibur Hotel & Casino, Circus Circus Casino Inc.
dba Circus Circus Hotel & Casino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation,<br><br>Defendants. | **Case No.: 2 :19-cv-01536-RFB-BNW**<br><br>**STIPULATION AND ORDER TO STAY ACTION UNTIL JULY 13, 2020**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort,[2] ("Defendants") through their counsel Jackson Lewis P.C., that this action be stayed in its entirety for 30 days, until July 13, 2020 (the next business day upon expiration of the 30-day period), with this Court's approval. This Stipulation is submitted and based upon the following:

1. Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process. On March 18, 2020, Defendants temporarily ceased all business operations for health and safety reasons in accordance with Governor Steve Sisolak's Emergency Directive 002.

2. On March 31, 2020, Governor Sisolak issued Emergency Directive 010 requiring Nevada residents to stay in their homes until April 30, 2020 except to perform work for or obtain goods or services from essential businesses.

3. On April 24, 2020, the Parties filed a Stipulation and Order with this Court (ECF No. 14) seeking to stay the case until June 11, 2020 due to the COVID-19 pandemic. The Court approved and issued an Order on April 29, 2020. ECF No. 15.

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

4. On April 29, 2020, Governor Sisolak issued Emergency Directive 016 which orders that gaming establishments "shall remain closed until the Gaming Control Board determines that operations may safely resume." In addition, the Governor extended the stay-at-home order to May 15, 2020.

5. During this time, the Parties have been, and are currently unable to, participate meaningfully in discovery. Although Defendants have begun a limited resumption of operations, key labor relations personnel are otherwise unavailable to assist with this matter due to urgent issues caused by COVID-19 and the focus on resuming operations in a safe manner. Further, the properties referenced in the Complaint are either closed or just reopening as of this date of his request. Defendants will continue to evaluate this issue.

6. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety for an additional period of 30 days, until July 13, 2020 (the next business day after expiration of the 30-day period).

7. Should circumstances change such that a shorter or a longer stay is appropriate, the parties will immediately and jointly notify the Court.

8. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. On July 14, 2020, the Parties will submit a status report to the Court with proposed revised discovery and scheduling deadlines in the case. Should an additional stay be necessary, the Parties will submit a request explaining the circumstances and any additional time needed for stay of this action.

Dated this 11th day of June, 2020.

| THE URBAN LAW FIRM | JACKSON LEWIS, P.C. |
|---|---|
| */s/ Nathan R. Ring*<br>Michael A. Urban, Nevada Bar No. 3875<br>Nathan R. Ring, Nevada Bar No. 12078<br>4270 S. Decatur Blvd., Suite A-9<br>Las Vegas, NV 89103<br>T: (702) 968-8087<br>F: (702) 968-8088<br><br>*Counsel for Plaintiff Trust Funds* | */s/ Lynne K. McChrystal*<br>Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>Lynne McChrystal, Esq.<br>Nevada Bar No. 14739<br>300 S. Fourth St, Suite 900<br>Las Vegas, NV 89101<br>Phone: 702-240-6060<br><br>*Counsel for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of June, 2020.