**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV  89103
T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST<br><br>Plaintiffs,<br><br>v.<br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation,<br><br>Defendants. | Case No. 2:19-cv-01536-RFB-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

 Pursuant to Local Rule IA 11-6 (b), Nathan R. Ring hereby withdraws as attorney of record for the Plaintiffs in the above-entitled action.

1

The Urban Law Firm, through Michael A. Urban, shall continue to represent the Plaintiffs in this matter.

All Plaintiffs are being provided notice of this Motion via U.S. mail. The Motion and exhibits will be provided to the Plaintiffs by The Urban Law Firm. The address for each Plaintiff is contained in the attached Certificate of Service.

DATED this 25th day of March, 2021.

        */s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078

        */s/ Michael A. Urban*
Michael A. Urban
Nevada State Bar No. 3875

## ORDER

**IT IS SO ORDERED**

**DATED:** 10:16 am, March 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2