1  Paul T. Trimmer
   Nevada State Bar No. 9291
2  Hilary A. Williams
   Nevada State Bar No. 14645
3  JACKSON LEWIS P.C.
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  paul.trimmer@jacksonlewis.com
   Email:  hilary.williams@jacksonlewis.com
6
   *Attorneys for Defendants Ramparts, LLC*
7  *dba Luxor Hotel & Casino, New Castle Corp.*
   *dba Excalibur Hotel & Casino, Circus Circus Casino Inc.*
8  *dba Circus Circus Hotel & Casino*

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST, <br><br>        Plaintiffs, <br><br>     vs. <br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation, <br><br>        Defendants. | **Case No.: 2:19-cv-01536-RFB-BNW** <br><br> **STIPULATION AND ORDER EXTEND DISPOSITIVE MOTIONS DEADLINES** <br><br> **(Third Request)** |

Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort,[2] ("Defendants") through their counsel Jackson Lewis P.C., hereby stipulate and request to extend the dispositive motions deadline up to and including February 7, 2022. In support of this Stipulation and Request, the parties state the following:

1. The current deadline for filing dispositive motions in this case is **December 7, 2021**. Counsel for the parties propose that the new date for this deadline should be **February 7, 2022**.

2. Generally, the deadline for the joint pretrial order is 30 days after the dispositive motion deadline. *See* LR 26-1(b)(5). Thus, the current Joint Pretrial Order deadline in this case is **January 6, 2022**. Counsel proposes that the new date for this deadline should be **March 9, 2022**. In the event the dispositive motions are pending before the Court on that date, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the date of the Court's decision on the last dispositive motion.

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

3. The parties are continuing to discuss potential resolution of Plaintiff's claims, which would render any dispositive motions unnecessary.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 15th day of November, 2021.

| **THE URBAN LAW FIRM** | **JACKSON LEWIS, P.C.** |
|---|---|
| /s/ Michael A. Urban | /s/ Hilary A. Williams |
| Michael A. Urban | Paul T. Trimmer, Esq. |
| Nevada Bar No. 3875 | Nevada Bar No. 9291 |
| 4270 S. Decatur Blvd., Suite A-9 | Hilary A. Williams, Esq. |
| Las Vegas, NV 89103 | Nevada Bar No. 14645 |
| T: (702) 968-8087 | 300 S. Fourth St, Suite 900 |
| F: (702) 968-8088 | Las Vegas, NV 89101 |
|  | Phone: 702-240-6060 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

### ORDER

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: November 16, 2021