Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendants Ramparts, LLC*
*dba Luxor Hotel & Casino, New Castle Corp.*
*dba Excalibur Hotel & Casino, Circus Circus Casino Inc.*
*dba Circus Circus Hotel & Casino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation,<br><br>Defendants. | **Case No.: 2:19-cv-01536-CDS-BNW**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY DEADLINES** |

1. Plaintiffs, Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States And Canada, Local 720, Pension Trust; Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States and Canada, Local 720, Wage Disability Trust; and Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States and Canada, Local 720, Apprentice and Journeyman Training and Education Trust ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort, [2] ("Defendants") through their counsel Jackson Lewis P.C., hereby advise the Court that the parties mediated their dispute with the Honorable Peggy Leen on July 22, 2022 and have agreed to a tentative resolution of this matter.

Specifically, a settlement was reached in principal, but is still subject to ratification by the Plaintiffs' full Board of Trustees. The Board of Trustees will next meet in September of 2022.

The parties will file a stipulation and order to dismiss this action upon approval of the settlement by the Plaintiffs' Board of Trustees and execution of the formal agreements. Thus, the parties request this Court schedule a settlement status check conference in approximately 60 days, at the Court's convenience, to permit the parties time for ratification of the settlement, completion of the settlement process, and to file a stipulation and order for dismissal.

///
///
///
///
///

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

Given the prospective settlement of this matter, the parties also request that all other deadlines, including all discovery deadline currently pending, be stayed pending submission of the stipulation and order to dismiss this action.

Dated this 3rd day of August, 2022.

| THE URBAN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael A. Urban* <br> Michael A. Urban, NV SBN 3875 <br> **THE URBAN LAW FIRM** <br> 4270 S. Decatur Blvd., Suite A-9 <br> Las Vegas, Nevada 89103 <br> *Attorney for Plaintiffs* | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer, NV SBN 9291 <br> Lynne K. McChrystal, NV SBN 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED:

_____
United States District Judge

Dated: August 4, 2022