| | |
|---|---|
| 1 | Paul T. Trimmer |
|   | Nevada State Bar No. 9291 |
| 2 | Lynne K. McChrystal |
|   | Nevada State Bar No. 14739 |
| 3 | JACKSON LEWIS P.C. |
|   | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
|   | Tel: (702) 921-2460 |
| 5 | Email:  paul.trimmer@jacksonlewis.com |
|   | Email:  lynne.mcchrystal@jacksonlewis.com |

*Attorneys for Defendants Ramparts, LLC
dba Luxor Hotel & Casino, New Castle Corp.
dba Excalibur Hotel & Casino, Circus Circus Casino Inc.
dba Circus Circus Hotel & Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT 'ASSOCIATION INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation,<br><br>Defendants. | Case No.: 2:19-cv-01536-CDS-BNW<br><br>**SECOND JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT AND REQUEST TO CONTINUE NOVEMBER 10, 2022 STATUS HEARING** |

Plaintiffs, Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States And Canada, Local 720, Pension Trust; Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States and Canada, Local 720, Wage Disability Trust; and Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States and Canada, Local 720, Apprentice and Journeyman Training and Education Trust ("Plaintiffs"), through their counsel The Urban Law Firm, and Defendants Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort,[2] ("Defendants") through their counsel Jackson Lewis P.C., hereby submit the following second status report regarding settlement:

1. The Parties reached a settlement in principle at the conclusion of their July 22, 2022 mediation with The Honorable Peggy Leen. The settlement was subject to ratification by the Plaintiffs' full Board of Trustees, which met in September of 2022.

2. The Board of Trustees approved the settlement reached at mediation on or about September 13, 2022.

3. The parties have exchanged drafts of the proposed final settlement agreement. Specifically, Defendants sent a draft agreement on August 19, 2022, and Plaintiffs responded with a revised draft agreement on August 31, 2022.

4. The partied finalized a formal settlement agreement. Plaintiffs signed the agreement on October 20, 2022. Defendants signed the agreement on November 7, 2022.

5. Pursuant to the terms of the final agreement, Defendants have thirty (30) days from the date they signed the settlement agreement to submit a one-time lump sum payment to Plaintiffs.

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

6. Also pursuant to the terms of the final agreement, Plaintiffs will not be required to submit a stipulation and order for dismissal until Plaintiffs receive the payment.

7. A status conference is currently set for November 10, 2022, at 10:00am. However, it is unlikely that Defendants will be able to submit the lump sum payment by that date, or that Plaintiffs would then have sufficient time to file the stipulation and order for dismissal.

Thus, the parties request this Court reschedule a settlement status check conference in approximately thirty (30) days, at the Court's convenience, to permit the parties time for the final completion of the settlement process and to file a stipulation and order for dismissal.

Given the prospective settlement of this matter, the parties also request that all other deadlines, including all discovery deadline currently pending, remain stayed pending submission of the stipulation and order to dismiss this action.

Dated this 8th day of November, 2022.

| THE URBAN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Michael A. Urban | /s/ Paul T. Trimmer |
| Michael A. Urban, NV SBN 3875 | Paul T. Trimmer, NV SBN 9291 |
| **THE URBAN LAW FIRM** | Lynne K. McChrystal, NV SBN 14739 |
| 4270 S. Decatur Blvd., Suite A-9 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89103 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: __November 9, 2022__