**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST | CASE NO: 2:19-CV-01536-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| Plaintiffs | |
| v. | |
| RAMPARTS, LLC dba Luxor Hotel & Casino, a Nevada limited liability company; NEW CASTLE CORP. dba Excalibur Hotel & Casino, a Nevada corporation; and CIRCUS CIRCUS CASINOS INC. d/b/a CIRCUS CIRCUS HOTEL & CASINO, a Nevada corporation, | |
| Defendants | |

Plaintiffs, Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States and Canada, Local 720, Pension Trust; Trustees of The Nevada Resort Association—International Alliance of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States and Canada, Local 720, Wage Disability Trust; and Trustees Of The Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of The United States And Canada, Local 720, Apprentice and Journeyman Training and Education Trust (collectively hereinafter "Trusts" or "Plaintiffs"), through their counsel, The Urban Law Firm, and Defendants, Ramparts, LLC dba Luxor Hotel & Casino, New Castle Corp. dba Excalibur Hotel & Casino,[1] Circus Circus Casinos Inc. dba Circus Circus Hotel & Resort,[2] ("Defendants") through their counsel Jackson Lewis P.C., hereby agree and stipulate subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties. Therefore, the parties request this action be dismissed with prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The parties have agreed to bear their own fees and costs.

4. The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

/ / /

---

[1] Defendant New Castle, LLC, is incorrectly named "New Castle Corp." in the Complaint.
[2] The Complaint incorrectly identifies Circus Circus Casinos, Inc. dba Circus Circus Hotel & Resort as "dba Circus Circus Hotel & Casino."

Dated this 14th day of December 2022.

| | |
|---|---|
| **THE URBAN LAW FIRM** | **JACKSON LEWIS P.C.** |
| */s/ Michael A. Urban* | */s/ Lynne K. McChrystal* |
| Michael A. Urban, NV SBN 3875 | Paul T. Trimmer, NV SBN 9291 |
| 4270 S. Decatur Blvd., Suite A-9 | Lynne K. McChrystal, NV SBN 14739 |
| Las Vegas, Nevada 89103 | 300 S. Fourth Street, Suite 900 |
| *Attorney for Plaintiffs* | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the status conference set for December 20, 2022, at 10:00 AM is vacated. The Clerk of Court is directed to close this case.

_____
United States District Judge

DATED: December 15, 2022